```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 28063
    RACHELLE D SUGGS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-9812
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 07/29/2004 and was not confirmed.

The case was transferred to Glenn Stearns, Trustee on 08/19/2004.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOLIET FURNITURE MART | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET FURNITURE MART | SECURED | 250.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF HUMAN SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| REZIN CENTER FOR ORTHOPE | UNSECURED | 625.51 | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE- | UNSECURED | 5368.59 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 502.55 | .00 | .00 |
| PULLMAN BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| REZIN ORTHOPEDIC CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL UNDERWRITERS A | UNSECURED | NOT FILED | .00 | .00 |
| MACEY CHERN & DIAB | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | | .00 |
| PRIORITY | | .00 |

PAGE   1   CONTINUED ON NEXT PAGE
CASE NO.  04 B 28063  RACHELLE D SUGGS

FILED NOV 18 2004 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS   PS REP. - KG

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                   ---------------        ---------------
TOTALS                                        .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/18/04

*[signature: Thomas Vaughn]*

TOM VAUGHN
CHAPTER 13 TRUSTEE